## (May 19, 1961)

■ BELOTTE & NARDONE, INC., Appellant, v. DUNN GARDEN APARTMENTS, INC., Respondent.— Time to perfect appeal extended to May 19, 1961. Bergan, P. J., Coon, Gibson and Herlihy, JJ., concur.

In decisions Nos. 2–4 the court is as follows: Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ., concur.

■ MARILYN V. ROBINSON, as Administratrix of the Estate of SAMUEL B. ROBINSON, Deceased, Respondent, v. CITY OF ALBANY et al., Appellants.— Motion to dismiss appeal denied.

■ In the Matter of MAY E. GALLANT, Appellant, v. COMMISSIONER AND ACTING COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK, Respondent. — Motion to dismiss appeal denied.

■ HARRY A. REOUX, Appellant, v. ADELIA H. REOUX, Respondent.— Motion by First National Bank of Glens Falls, as executor of the last will and testament of Adelia H. Reoux, deceased, for permission to file a brief *amicus curiæ*. Motion granted.